IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| CARL STOVALL, ET AL.,<br>    *Plaintiffs,* § § § | |
| V. § | NO. MO:17-CV-00007 DC |
| § | |
| RAIDER PRESSURE PUMPING, LLC,<br>ET AL., § §<br>    *Defendants*. | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 101) filed May 30, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 31st day of May, 2019.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE